NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

TONI L. SEXTON,                          )
                                         )
            Appellant,                   )
                                         )
v.                                       )   Case No. 2D18-301
                                         )
OSCAR DENNIS HERNANDEZ,                  )
JR.,                                     )
                                         )
            Appellee.                    )
_____)

Opinion filed November 9, 2018.

Appeal from the Circuit Court for
Hillsborough County; Wesley D.
Tibbals, Judge.

Rory B. Weiner of Rory B. Weiner,
P.A., Brandon, for Appellant.

Luis G. Figueroa and Dennis
Hernandez of Dennis Hernandez &
Associates, P.A., Tampa, for Appellee.

PER CURIAM.

            Affirmed.

LaROSE, C.J., and NORTHCUTT and ROTHSTEIN-YOUAKIM, JJ., Concur.